UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Michael L. Bennett
          Plaintiff,

v.                Case No.: 1:14–cv–10213
                Honorable Ronald A. Guzman

Windham Professionals, Inc.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 6, 2015:

  MINUTE entry before the Honorable Ronald A. Guzman: This action is dismissed without prejudice; provided, however, that within 30 days of the date of this order any party may reinstate the action to the calendar of the undersigned by filing a notice of reinstatement. If no such notice is filed within 30 days then the dismissal shall be with prejudice thereafter. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.